IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TIMOTHY K. DAVENPORT,

    Plaintiff,

v.                                      CASE NO. 4:08cv416-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

**ORDER OF REMAND**

This case is before the court on the magistrate judge's amended report and recommendation (document 30) and the objections (document 31). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The amended report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The Commissioner's decision determining that the claimant is not disabled is REVERSED. The case is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the report and recommendation." The clerk

must close the file.

      SO ORDERED on July 8, 2009.

                                     s/Robert L. Hinkle
                                     United States District Judge