IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TIMOTHY K. DAVENPORT,

    Plaintiff,

v.                                    CASE NO. 4:08cv416-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's report and recommendation (document 38). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The claimant's application for attorney's fees is GRANTED. The Commissioner must pay the claimant's attorney Heather Freeman $4,816.63 as attorney's fees under the Equal Access to Justice Act.

SO ORDERED on January 19, 2010.

                                              s/Robert L. Hinkle
                                              United States District Judge