IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TIMOTHY K. DAVENPORT,**

 **Plaintiff,**

**vs.**            **Case No. 4:08cv416-RH/CAS**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

 **Defendant.**
**_____/**

## REPORT AND RECOMMENDATION

  Plaintiff filed a Petition for Authorization of Attorney Fees pursuant to 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), for authorization of a gross attorney fee of $20,784.50, and a net attorney fee of $15,263.88 to be paid directly to counsel. Counsel previously received an attorney fee of $5,520.62 pursuant to § 406(a) for representation before the Social Security Administration (non-federal court work), which is credited in the requested net attorney fee. Doc. 40. Defendant has filed a response. Doc. 42. Plaintiff's counsel received attorney fees in the amount of $4,816.63 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. See Doc. 39. Because Plaintiff's counsel cannot collect both 406(b) fees and EAJA fees, she has agreed to

return the amount of the EAJA fee to Plaintiff upon receipt of the attorney fees under 42 U.S.C. § 406(b) and therefore the Defendant is not opposed to payment of attorney fees in the amount of $15,263.88, provided Plaintiff's counsel refunds the amount of the EAJA fees to Plaintiff.

It is respectfully **RECOMMENDED** that the Petition for Attorney Fees, doc. 40, be **GRANTED** and Plaintiff be awarded attorney fees in the amount of $15,263.88 as a reasonable Section 406(b)(1) attorney fee. However, Plaintiff's counsel must refund the amount of the EAJA fees to Plaintiff.

**IN CHAMBERS** in Tallahassee, Florida, on July 23, 2012.


      S/   Charles A. Stampelos  
**CHARLES A. STAMPELOS**  
**UNITED STATES MAGISTRATE JUDGE**