IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TIMOTHY K. DAVENPORT,

    Plaintiff,

v.                            CASE NO. 4:08cv416-RH/CAS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 43. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion for attorney's fees, ECF No. 40, is GRANTED. The Secretary must pay $15,263.88 as attorney's fees under the Social Security Act, but the plaintiff's attorney must refund to the plaintiff $4,816.63 received as

fees under the Equal Access to Justice Act.

SO ORDERED on August 23, 2012.

s/Robert L. Hinkle  
United States District Judge